No. 86–836.   HAZELWOOD SCHOOL DISTRICT ET AL. v. KUHLMEIER ET AL.   C. A. 8th Cir.   [Certiorari granted, 479 U. S.

1053.] Motions of National School Boards Association et al. and School Board of Dade County, Florida, for leave to file briefs as *amici curiae* granted.